**FILED**
October 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Yvette Lujan
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Case No. 4:23-CR-00240-DC** |
| **PATRICIO JAVIER SERRANO,** | **FACTUAL BASIS** |
| **Defendant.** | |

The United States was prepared to show the following facts through competent evidence beyond a reasonable doubt that the Defendant is guilty had this case gone to trial. The defendant and his/her attorney have signed this factual basis. By signing this factual basis, the Defendant admits and stipulates that the following facts are true and accurate and that they support his/her plea of guilt and that the Defendant admits guilt.

On May 11, 2023, federal agents executed a search warrant at Defendant's residence. Defendant's cell phone, a Samsung Galaxy S20 5G, and numerous other devices were seized from the home. Agents reviewed the contents of Defendant's phone and observed files of child sexual exploitation material involving prepubescent children. Defendant's phone was manufactured outside of the United States and traveled in interstate or foreign commerce prior to being used by Defendant.

Defendant's Initials _____

During the investigation, agents learned of electronic conversations between Defendant and others pertaining to individuals seeking videos containing child exploitation material. The conversations took place between August 7 and August 9, 2017.  On August 8, 2017, Defendant, utilizing his email address, sent a digital link from imgbox to another individual's email address. Imgbox's servers are located in the country of Sweden.  FBI agents accessed the imgbox link Defendant sent to the individual.  The link contained multiple photos of child sexual exploitation material, including photos of prepubescent children.

Defendant hereby admits that on August 8, 2017, he aided and abetted another to knowingly transport child pornography by using his email to send a digital link containing child exploitation material to another person's email.  The link was from imgbox, a company with servers outside of the United States.  Defendant knew the files in the link contained child pornography.

Defendant further admits that on May 11, 2023, he knowingly possessed files of child pornography on his Samsung Galaxy S20 cell phone.  The child pornography files were produced using materials shipped or transported in or affecting interstate commerce.  His cell phone was manufactured outside of the United States.

JAIME ESPARZA
UNITED STATES ATTORNEY

DATE: _Oct. 27_ , 20 23          By: _Amy J. Greenbaum_

Amy L. Greenbaum
Assistant United States Attorney

Defendant's Initials _PJS_

Factual Basis – PATRICIO JAVIER SERRANO
Page 2 of 3

I am counsel for Defendant, Patricio Javier Serrano, in this case. I have fully explained to Defendant all of Defendant's rights with respect to the pending criminal charge. I have carefully reviewed this factual basis in its entirety with Defendant and provided Defendant with my best professional advice. In my opinion, Defendant's decision to admit to this factual basis is made freely, voluntarily, and with full knowledge of its obligations and consequences.

DATE: _October 27_, 2023

_____
Shane O'Neal
Attorney for Defendant

I, _Patricio Serrano_, have carefully read and reviewed the entirety of this factual basis, or it has been read to me (and if necessary, translated for me) and reviewed with me by my attorney. After careful consideration and discussion with my attorney, and fully understanding my rights with respect to the pending criminal charge(s), I freely and voluntarily agree to the specific facts contain within this factual basis.

DATE: _10-14-_, 2023

_____
Patricio Javier Serrano
Defendant

Defendant's Initials _____